# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, S.P. LOGAN**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## FREDERICK GONZALEZ
## INFORMATION SYSTEMS TECHNICIAN FIRST CLASS
## (E-6), U.S. NAVY

## NMCCA 201500276
## GENERAL COURT-MARTIAL

**Sentence Adjudged**: 20 May 2015.
**Military Judge**: CAPT John K. Waits, JAGC, USN.
**Convening Authority**: Commander, U.S. Naval Activities Spain, Rota, Spain.
**Staff Judge Advocate's Recommendation**: LT M.T. Rector, JAGC, USN.
**For Appellant**: LtCol Richard Viczorek, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**21 January 2016**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court